Barbara E. Sherrill
PO Box 64903
Tucson, AZ 85728
520-484-3754
bsherrill5417@gmail.com



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Barbara E. Sherrill,           )  Case No.: CV15-0011 TUC RCC
                               )
    Plaintiff,                 )
                               )
v.                             )
                               )  *EX PARTE*
Laureate Education Inc. DBA Walden University, )  PRELIMINARY INJUNCTION
                               )  TITLE IX
    Defendants.                )
                               )

This Court has jurisdiction through Title IX 901(a) of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq* that prohibits discrimination on the basis of sex in any federally funded education program or activity. It may secondly have jurisdiction through 28 U.S.C. 1332 when the amount in controversy exceeds $75,000.00 between citizens of different states, depending on the progression of the case.

1.      Plaintiff Barbara E. Sherrill moves this Court for an *ex parte* preliminary injunction according to FRCP 65(a) and (b) ordering the Defendants Laureate Education Inc. located in Baltimore, Maryland, DBA Walden University located in Minneapolis, Minnesota, a for profit organization holding classes through numerous offerings of undergraduate and graduate programs online, to disburse Plaintiff's third quarter award that was due to be disbursed in the

1

last week of September 2014. There is never one specific date, but always sometime in the last week from about the 23rd-27th of the month. The University's financial aid office is located at the Baltimore, Maryland offices.

2. This *ex parte* preliminary injunction request is in support of Title IX 901(a) in Plaintiff's PhD program that she is pursuing in Public Policy and Administration at Walden University and that she receives federal financial assistance through the federal student Direct Loans program. Plaintiff has been attending her educational program since the fall of 2009 and is now in the middle of her Dissertation procedures writing chapters for her proposal. **The Defendants failed to disburse Plaintiff's third quarter award in September 2014 without any proper legal explanation causing her extreme emotional and financial stress and harm.**

3. **In addition, the Defendants are attempting to stop Plaintiff from attending her program and Dissertation classroom online in the new quarter, stating that she owes tuition from last quarter due to their failure to disburse her third quarter award that would follow a consistent pattern of paying her tuition and then Plaintiff would be refunded the remainder of the award.** Therefore, after five years of great expense, delay by this organization and interference by others, and close to finishing her Dissertation and PhD program with a consistent 4.0 GPA (won't allow to print out stating owe tuition), **the Defendants are attempting to deny Plaintiff access to finish her educational program at Laureate Education Inc. DBA Walden University in violation of Title IX 901(a) (Cannon v. University of Chicago Et Al., 441 U.S. 677 (1979)).**

Title IX 901(a) reads:

> "No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving **Federal financial** assistance . . . ."

4.     Plaintiff's program was continuously delayed by the discriminatory and fraudulent procedures of the Defendants through her federal Direct Loans student financial aid awards every third quarter and disbursements of those awards during each of those quarters beginning in the fall of 2011, in discrimination of Plaintiff a single fifty-six-year-old woman and recently determined legally disabled. The Defendants discriminatory and harassing procedures contributed a causal factor of extreme stress to Plaintiff's disability (Ex. A).

5.     Each award period the Defendants discriminatory procedures have increasingly worsened. By spring 2013 the Financial Aid Director **increased Plaintiff's tuition** $675.00 per three quarter award ($225.00 per quarter), while **decreasing her financial aid award** from Direct Loans approximately 432.00 per three quarter award time period ($144.00 per quarter) without notification or explanation (Ex. B). This totals a deficit or reduction of approximately $1107.00 per three quarter award and exhibits fraud when simultaneously decreasing Plaintiff's financial aid award while increasing her tuition, and without notification or proper explanation. This is in addition to past decreases in aid without explanation, even though the Financial Aid Director's Supervisor told the Ombudsman that a $10,000.00 award is appropriate for a part time quarter. It would seem especially for Dissertation quarters that are set at 5 credits when 6 credits is full time, and a voluminous document with a high level of difficulty and importance finalizing the highest level of education a student can achieve in this country and probably global world.

6.     The cost of living and attending school increased and the aid should not then be decreased. Especially, when attempting to conceal the harassing activity by diverting it with fraudulent explanations through estimates instead of the true amounts, even though the estimates are also not accurate. Those procedures began in the fall of 2011 causing intentional infliction of

emotional stress exacerbating Plaintiff's health conditions from Valley Fever, which was diagnosed May 2011.

7. According to the three quarter award amount from Plaintiff's financial aid account online with Laureate Education Inc. DBA Walden University (Ex. C), the disclosure statement on her account with Federal Direct Loans demonstrates the total three quarter award amount as being received (Ex. D).

8. In the fall of 2012 the Department of Education Ombudsman told Plaintiff by email that she would receive an approximate disbursement of $11,000.00 and some. The Laureate Education Inc. DBA Walden University Financial Aid Director then reduced that disbursement by approximately $2,000.00 three to four weeks into the quarter, stating that the procedure that was said couldn't be done as the second excuse after not being able to use the first excuse of blaming it on the Department of Education anymore, would now be used only because it was detrimental to Plaintiff (Ex. E). She then immediately came down deathly ill from exacerbation of her medical condition due to the illegal harassing procedure after being told she would receive a higher amount (can document with dated medical reports), which also followed an extremely reduced award the prior quarter in spring of 2012 without notification or explanation and when the second excuse was used that was now proven not to be true and therefore fraud when occurring in the disbursement of federal student financial aid monies (Ex. F).

9. The excuse given when Plaintiff inquired for an explanation in the spring of 2012 was now reversed due to the ability to be detrimental to Plaintiff's quarterly disbursement in the fall of 2012, proving that each excuse given when Plaintiff requested an explanation due to the failure of any explanation was fraudulent activity by Laureate Education Inc. DBA Walden University in their handling of Plaintiff's federal Direct Loans student financial aid funds,

causing intentional infliction of emotion distress (statute of limitations in Defendant's jurisdiction is three years).

10. Plaintiff attended her pre-dissertation quarter for what is called the Prospectus in the fall of 2011 and the following quarter retaliatory procedures attempted to interfere with her ability to move forward into her Dissertation program. When stressfully accomplishing that procedure, school representatives had violated school policies stated online and then denied being aware of those policies.

11. The Walden University Ombudsman Robert Brandt had advocated for Plaintiff almost every quarter since 2009, due to the Financial Aid Director's discriminatory statements to Plaintiff. The Walden University Ombudsman told Plaintiff that he advocates for financial aid recipients and had told the organization that they should disburse student financial aid earlier in the quarters. He also told Plaintiff that he had concerns of the Financial Aid Director's demeanor towards him. Therefore, he made contact with her Supervisor in the summer of 2011 on behalf of Plaintiff, just before the apparent discriminatory retaliating harassment began in the fall of 2011 (Ex. G).

12. The Ombudsman related to Plaintiff that the Supervisor confirmed a $10,000.00 financial aid award was an appropriate amount for part time credits five or less, which are also the same credits scheduled by the organization for the Dissertation procedures. Plaintiff began attending part time in December 2010 a couple of quarters before her Dissertation procedures due to her Mother's hospitalization that ended in death (Ex. H).

13. Once the discriminatory retaliating procedures began in the fall of 2011, the University Ombudsman was stopped from assisting and protecting Plaintiff's rights. In the spring of 2012 the Ombudsman was then used by the Financial Aid Director to relate her most current excuse

for her fraudulent procedures with Plaintiff's federal Direct Loans financial aid awards and disbursements, but however proven to be fraud when reversing that procedure in the fall of 2012 to stop Plaintiff from receiving a proper disbursement again for two consecutive quarters (Ex.'s E & F).

14. In 2013 when Plaintiff began experiencing all communication being stopped between her and Walden University, she was blind transferred to the Ombudsman who would fail to return her calls or respond to her emails (Ex. B).

15. Within Plaintiff's first Dissertation quarter in December 2011 after having a conversation with the Financial Aid Manager in which he was exuding the Director's first excuse for the fraudulent and extremely reduced fall 2011 disbursement procedures that blamed it on the Department of Education, academic harassment began in Plaintiff's online classroom. Plaintiff told the Financial Aid Manager that she knew that was not true and further verified it late in the spring of 2012 with the Direct Loan representatives. The Direct Loan representatives told Plaintiff that she needed to speak to someone different at the University because she was not being told the correct information.

16. Plaintiff requested to change what is called her Chair for her dissertation classroom online, but the harassment continued ignoring her in the classroom online for four to five quarters. Plaintiff continuously complained, but took at least three quarters before her Chair was changed again. Her new Chair followed the same harassing procedures and she continued to complain until an additional female instructor joined her Dissertation committee.

17. Plaintiff made a change with one sentence and her Prospectus was finally approved by the female committee member after being deterred for four to five quarters, therefore also delaying her program for that period of time. If not for the harassing and discriminatory

academic procedures in addition to the same and fraud in her financial aid procedures, Plaintiff would have been done with her PhD program at least one or more years ago.

18. Currently, the failure to disburse Plaintiff's third quarter award by the Defendant's Laureate Education Inc. DBA Walden University in September 2014 (Ex.'s C & D), has caused Plaintiff extreme stress and harm when not being able to work since 2011 due to intentionally failed health care procedures of her medical conditions, which may have also been intentionally caused by the owner and other unknown parties of the home she began leasing almost five years ago.

19. The Defendant's actions denying Plaintiff from attending her Dissertation classroom online and to finish her educational program at Laureate Education Inc. DBA Walden University for failure to pay tuition last quarter (Ex. D, was caused by their failure to disburse her third quarter award and violates federal law Title IX 901(a) (Cannon v. University of Chicago Et Al., 441 U.S. 677 (1979)) [Ex.'s C & D].

Therefore, Plaintiff Barbara E. Sherrill prays for relief issuing an *ex parte* preliminary injunction ordering Laureate Education Inc., 7070 Samuel Morse Drive, Bldg A, Ste. 250, Columbia, MD 21046, DBA Walden University 100 Washington Ave. South, Ste. 900, Minneapolis, MN 55401 to disburse forthwith her third quarter award in the amount of $9,560.00 even though should be closer to 10,000.00 (Ex.'s C & D), which was due and failed to disburse in the fourth week of September 2014 with no proper legal explanation.

Respectfully submitted this 9th day of January, 2015.

By _____
Barbara E. Sherrill, Plaintiff *pro se*



**Subject :** illegal activity by Teresa Drezweicki
**Date :** Wed, Feb 19, 2014 08:53 PM CST
**From :** "Barbara Sherrill" <barbara.sherrill@waldenu.edu>
**To :** robert.zentz@laureate.net

Dear Mr. Zentz:

This is a legal notification that will also be sent by certified mail. My name is Barbara E. Sherrill. I am a PhD student of Walden University. I have been continuously harassed by your employee Teresa Drezweicki since I began at Walden, but also extremely since fall of 2011. My award procedures since fall 2011 by Teresa Drezweicki constitute illegal activity and fraud, and more extremely since last May 2013 and currently. Without notification and explanation, my tuition was increased by $225.00 per quarter and my fin aid decreased by $150.00 per quarter. I do not legally accept that increase of tuition or the decrease in financial aid. Your organization then proceeded to cut me off from all contact. As a PhD student I expect professionalism and ethics to be highly regarded, but that is not what I have experienced from your organization. Currently, the morning after I left a message for the Ombudsman that I was in the process of filing complaints, my tuition was again increased by $75-100.00 per quarter. Again, I do not accept that increase. This activity also equates discrimination and is illegal, notwithstanding when Direct loans awarded me it failed to ever post on my account. There was a comment in messages that my fin aid was going to be manually determined. I had to leave a message for the Ombudsman with the approval number from Direct Loans and then an amount did post to my account, but not the original award amount only a manipulated and altered amount by Teresa Drezweicki. This is more and continued illegal activity. When there was a school wide tuition increase it was $50.00 per quarter. Therefore, I am also being treated differently as it is evident this was not a school wide increase. You are to immediately resolve and correct these matters, or it will be time to file in District Court. I expect to be awarded the full amount that the award shows on my Direct Loans account. Any amounts I have not been provided should be awarded and added to my account for this award period immediately. The usual amount awarded by Direct loans per award period is $34,000.00 and some dollars.

Sincerely,

Barbara E. Sherrill
520-551-9044

*[signature: Barbara E Sherrill]*

Ex. A

### 2013 Winter Qtr 12/02-02/23

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 3CPO | PhD in Public Policy Admin | $2,625.00 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $500.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $5,943.00 | | $0.00 |
| TFEE | Walden Technology Fee | $110.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $9,178.00 | $0.00 |
| **Term Charges:** | | $9,178.00 | | |
| **Term Credits and Payments:** | | | $9,178.00 | |
| **Term Balance:** | | | | $0.00 |

### 2013 Fall Qtr 09/03-11/24

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 1CPO | PhD in Public Policy Admin | $2,625.00 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $500.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $5,943.00 | | $0.00 |
| TFEE | Walden Technology Fee | $110.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $9,178.00 | $0.00 |
| **Term Charges:** | | $9,178.00 | | |
| **Term Credits and Payments:** | | | $9,178.00 | |
| **Term Balance:** | | | | $0.00 |

### 2013 Summer Qtr 06/03-08/25

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 7CPO | PhD in Public Policy Admin | $2,625.00 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $500.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $5,943.00 | | $0.00 |
| TFEE | Walden Technology Fee | $110.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $9,178.00 | $0.00 |
| **Term Charges:** | | $9,178.00 | | |
| **Term Credits and Payments:** | | | $9,178.00 | |
| **Term Balance:** | | | | $0.00 |

Ex. B

 Anticipated third party contract payments, financial aid, and memos are NOT included in this summary. Please Allow 24 Hours for payments to be posted to your account.

### Summary

| | | | |
|---|---|---|---|
| **Account Balance:** | | | $2,820.00 |

**2014 Fall Qtr 09/02-11/23**

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 1CPO | PhD in Public Policy Admin | $2,700.00 | | $2,700.00 |
| TFEE | Walden Technology Fee | $120.00 | | $120.00 |
| **Term Charges:** | | $2,820.00 | | |
| **Term Credits and Payments:** | | | $0.00 | |
| **Term Balance:** | | | | $2,820.00 |

**2014 Summer Qtr 06/02-08/24**

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 7CPO | PhD in Public Policy Admin | $2,700.00 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $500.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $5,831.00 | | $0.00 |
| TFEE | Walden Technology Fee | $120.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $9,151.00 | $0.00 |
| **Term Charges:** | | $9,151.00 | | |
| **Term Credits and Payments:** | | | $9,151.00 | |
| **Term Balance:** | | | | $0.00 |

**2014 Spring Qtr 03/03-05/25**

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 5CPO | PhD in Public Policy Admin | $2,700.00 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $500.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $5,831.00 | | $0.00 |
| TFEE | Walden Technology Fee | $120.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $9,151.00 | $0.00 |
| **Term Charges:** | | $9,151.00 | | |
| **Term Credits and Payments:** | | | $9,151.00 | |
| **Term Balance:** | | | | $0.00 |

Ex. C



**Direct Loans**
William D. Ford Federal Direct Loan Program

U.S. Department of Education
P.O. Box 9003
Niagara Falls, NY 14302-9003

**Disclosure Statement**
**William D. Ford Federal Direct Loan Program**

**Direct PLUS Loan**

## Borrower Information

**1. Name and Address**
Sherrill, Barbara E
P.O. Box 64903

Tucson, AZ 85728

**2. Date of Disclosure Statement**
03/07/2014

**3. Area Code/Telephone Number**
00000005205519044

## School Information

**4. School Name and Address**
Walden University
100 Washington Avenue South
Suite 900

Minneapolis, MN 554012511

**5. School Code/Branch**
G25042

## Student Information

**6. Student's Name**
Sherrill, Barbara E

**7. Student's Social Security Number**
XXX-XX-8599

**8. Student's Date of Birth**
09/24/1958

## Loan Information

**9. Loan Identification Number**
XXXXX8599P14G25042002

**10. Loan Period**
03/03/2014 – 11/23/2014

**11. Loan Fee %**
4.288

12. Information about the loan that the school plans to disburse (pay out) follows. This information is explained in detail on the back. The actual disbursement dates and amounts may be different than the dates and amounts shown below. The school and your servicer will notify you of the actual disbursement dates and amounts.

| Direct PLUS Loan | Gross Loan Amount | – | Loan Fee Amount | + | Interest Rebate Amount | = | Net Loan Amount |
|---|---|---|---|---|---|---|---|
| | $28680.0 | – | $1227.0 | + | $0.0 | = | $27453.0 |

The school plans to disburse the Net Loan Amount as follows:

| Date | Net Disbursement Amount | Date | Net Disbursement Amount |
|---|---|---|---|
| 09/12/2014 | $ 9151.0 | | |
| 06/13/2014 | $ 9151.0 | | |
| 03/14/2014 | $ 9151.0 | | |

If there are further disbursements to be made on the loan(s) the school will inform you.

Ex. D

**Disclosure Statement** (continued)

This Disclosure Statement provides information about the Direct PLUS Loan that the school plans to disburse (pay out) by crediting your or the student's account at the school, paying you directly, or both. It replaces any Disclosure Statements that you may have received previously for the same loan. Keep this Disclosure Statement for your records.

Before any money is disbursed, you must have a signed Direct PLUS Loan Application and Master Promissory Note (MPN) on file. The MPN, the Borrower's Rights and Responsibilities Statement, and the Plain Language Disclosure explain the terms of your loan. If you have any questions about your MPN or this Disclosure Statement, contact the school's financial aid office.

Item 12 on the front of this Disclosure Statement provides the following information about the amount of the loan that the school plans to disburse you:

- **Gross Loan Amount** - This is the total amount of the loan that you are borrowing. You will be responsible for repaying this amount.
- **Loan Fee Amount** - This is the amount of the fee that we charge on your loan. It is based on a percentage of your Gross Loan Amount. The percentage is shown in item 11. The Loan Fee Amount will be subtracted from your Gross Loan Amount.
- **Interest Rebate Amount** - This is the amount of an up-front interest rebate that you may receive as part of a program to encourage the timely repayment of Direct Loans. If you receive a rebate, the Interest Rebate Amount will be added back after the Loan Fee Amount is subtracted.

    To keep an up-front interest rebate that you receive on your loan, you must make all of your first 12 required monthly payments on time (we must receive each payment no later than 6 days after the due date) when your loan enters repayment. You will lose the rebate if you do not make all of your first 12 required monthly payments on time. This will increase the amount that you must repay.

- **Net Loan Amount**- This is the amount of your loan money that remains after the Loan Fee Amount is subtracted and the Interest Rebate Amount is added. The school will disburse the Net Loan Amount to you by crediting your or the student's account at the school, paying you directly, or both.

    Item 12 shows the school's plan for disbursing your Net Loan Amount to you. The actual disbursement dates and amounts may be different than the dates and amounts that are shown. The school and your servicer will notify you of the actual disbursement dates and amounts.

Before your loan money is disbursed, you may cancel all or part of your loan at any time by notifying the school.

After your loan money is disbursed, there are two ways to cancel all or part of your loan:

- If the school obtains your written confirmation of the types and amounts of Title IV loans that you want to receive for an award year before crediting loan money to your or the student's account at the school, you may tell the school that you want to cancel all or part of the loan within 14 days after the date the school notifies you of your right to cancel all or part of the loan, , or by the first day of the school's payment period, whichever is later (the school can tell you the first day of the payment period). If the school does not obtain your written confirmation of the types and amounts of loans you want to receive before crediting the loan money to your or the student's account, you may cancel all or part of the loan by informing the school within 30 days of the date the school notifies you of your right to cancel all or part of the loan. In either case, the school will return the cancelled loan amount to us.

    If you ask the school to cancel all or part of your loan outside the timeframes described above, the school may process your cancellation request, but it is not required to do so.

- Within 120 days of the date the school disburses your loan money (by crediting the loan money to your or the student's account at the school, by paying it directly to you, or both), you may return all or part of your loan to us. Contact your servicer for guidance on how and where to return your loan money.

You do not have to pay interest or the loan fee on the part of your loan that is cancelled or returned within the timeframes described above, and if you received an up-front interest rebate, the rebate does not apply. Your loan will be adjusted to eliminate any interest, loan fee, and rebate amount that applies to the amount of the loan that is cancelled or returned.

If you have questions regarding the next steps in the processing of your loan, contact your school.

After the first disbursement of your loan has been made, your loan will be assigned to a loan servicer and you will be provided with the servicer's name, address and contact information. Your servicer will service, answer questions about, and process payments on your loan after you enter repayment.

DISPL4

Ex. D-2

### 2013 Spring Qtr 03/04-05/26

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 5CPO | PhD in Public Policy Admin | $2,400.00 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $500.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $6,312.00 | | $0.00 |
| TFEE | Walden Technology Fee | $110.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $9,322.00 | $0.00 |
| **Term Charges:** | | $9,322.00 | | |
| **Term Credits and Payments:** | | | $9,322.00 | |
| **Term Balance:** | | | | $0.00 |

### 2012 Winter Qtr 12/03-02/24

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 3CPO | PhD in Public Policy Admin | $2,400.00 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $500.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $6,327.00 | | $0.00 |
| TFEE | Walden Technology Fee | $95.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $9,322.00 | $0.00 |
| **Term Charges:** | | $9,322.00 | | |
| **Term Credits and Payments:** | | | $9,322.00 | |
| **Term Balance:** | | | | $0.00 |

### 2012 Fall Qtr 09/04-11/25

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 1CPO | PhD in Public Policy Admin | $2,400.00 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $500.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $6,327.00 | | $0.00 |
| TFEE | Walden Technology Fee | $95.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $9,322.00 | $0.00 |
| **Term Charges:** | | $9,322.00 | | |
| **Term Credits and Payments:** | | | $9,322.00 | |
| **Term Balance:** | | | | $0.00 |

Ex. E

### 2012 Summer Qtr 06/04-08/26

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 7CPO | PhD in Public Policy Admin | $2,350.00 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $500.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $4,175.00 | | $0.00 |
| TFEE | Walden Technology Fee | $95.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $7,120.00 | $0.00 |
| **Term Charges:** | | $7,120.00 | | |
| **Term Credits and Payments:** | | | $7,120.00 | |
| **Term Balance:** | | | | $0.00 |

### 2012 Spring Qtr 03/05-05/27

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 5CPO | PhD in Public Policy Admin | $2,350.00 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $500.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $6,759.00 | | $0.00 |
| TFEE | Walden Technology Fee | $95.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $9,704.00 | $0.00 |
| **Term Charges:** | | $9,704.00 | | |
| **Term Credits and Payments:** | | | $9,704.00 | |
| **Term Balance:** | | | | $0.00 |

### 2011 Winter Qtr 12/05-02/26

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 3CPO | PhD in Public Policy Admin | $2,350.00 | | $0.00 |
| R412 | Residency | $1,050.00 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $500.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $6,978.25 | | $0.00 |
| TFEE | Walden Technology Fee | $70.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $10,995.00 | $0.00 |
| **Term Charges:** | | $10,948.25 | | |
| **Term Credits and Payments:** | | | $10,995.00 | |
| **Term Balance:** | | | | |

Ex. F

### 2011 Fall Qtr 09/06-11/27

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 1CPO | PhD in Public Policy Admin | $2,350.00 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $500.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $4,552.00 | | $0.00 |
| TFEE | Walden Technology Fee | $70.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $7,472.00 | $0.00 |
| **Term Charges:** | | $7,472.00 | | |
| **Term Credits and Payments:** | | | $7,472.00 | |
| **Term Balance:** | | | | $0.00 |

### 2011 Summer Qtr 06/06-08/28

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 7CPO | PhD in Public Policy Admin | $1,820.00 | | $0.00 |
| R406 | Residency | $0.00 | | $0.00 |
| R408 | Residency | $46.75 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $500.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $7,627.00 | | $0.00 |
| TFEE | Walden Technology Fee | $60.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $10,007.00 | $0.00 |
| **Term Charges:** | | $10,053.75 | | |
| **Term Credits and Payments:** | | | $10,007.00 | |
| **Term Balance:** | | | | $0.00 |

### 2011 Spring Qtr 03/07-05/29

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 5CPO | PhD in Public Policy Admin | $1,820.00 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $500.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $8,895.00 | | $0.00 |
| TFEE | Walden Technology Fee | $60.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $11,275.00 | $0.00 |
| **Term Charges:** | | $11,275.00 | | |
| **Term Credits and Payments:** | | | $11,275.00 | |
| **Term Balance:** | | | | $0.00 |


Ex. G.

**2010 Winter Qtr 12/06-02/27**

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 3CPO | PhD in Public Policy Admin | $2,275.00 | | $0.00 |
| R412 | Residency | $0.00 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $500.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $6,770.00 | | $0.00 |
| TFEE | Walden Technology Fee | $40.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $9,585.00 | $0.00 |
| **Term Charges:** | | $9,585.00 | | |
| **Term Credits and Payments:** | | | $9,585.00 | |
| **Term Balance:** | | | | $0.00 |

**2010 Fall Qtr 09/07-11/28**

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 1CPO | PhD in Public Policy Admin | $4,095.00 | | $0.00 |
| RFBK | Fin Aid Book Advancement | $1,000.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $6,985.00 | | $0.00 |
| TFEE | Walden Technology Fee | $40.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $12,120.00 | $0.00 |
| **Term Charges:** | | $12,120.00 | | |
| **Term Credits and Payments:** | | | $12,120.00 | |
| **Term Balance:** | | | | $0.00 |

**2010 Summer Qtr 06/07-08/29**

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 7CPO | PhD in Public Policy Admin | $4,300.00 | | $0.00 |
| R406 | Residency | $890.00 | | $0.00 |
| RFFA | Fin Aid Refund to Student | $6,895.00 | | $0.00 |
| TFEE | Walden Technology Fee | $35.00 | | $0.00 |
| LDGP | Direct Plus - Graduate | | $12,120.00 | $0.00 |
| **Term Charges:** | | $12,120.00 | | |
| **Term Credits and Payments:** | | | $12,120.00 | |
| **Term Balance:** | | | | $0.00 |

Ex. H

1/8/2015 Walden University Financial Suspension Warning - Quarter - barbara.sherrill@waldenu.edu - Walden University Mail

Case 4:15-cv-00011-RCC Document 1 Filed 01/13/15 Page 17 of 17

Please read this e-mail notification carefully as it contains time-sensitive information regarding your status with Walden University.

RE: FINANCIAL SUSPENSION WARNING - Quarter Students

Dear Walden University Student,

The Bursar's Office has provided the Registrar Office with a list of students who currently have a financial hold on their record and are in jeopardy of being financially suspended. As you are on this list, the Bursar's Office has already attempted to contact you regarding the status of your account. As a result of this status, you are currently ineligible to register for any future course with Walden University.

It is **imperative that you contact the Bursar's Office directly** to resolve this situation. The Registrar's Office is unable to assist you regarding this situation. You may reach the Bursar's Office at 1-877-302-5504 or via e-mail at collections@waldenu.edu .

Failure to make payment in full with the Bursar's Office by **November 23, 2014** may result in you being financially suspended and administratively withdrawn from Walden University. If you are administratively withdrawn, you must contact the Bursar's Office to resolve your financial suspension. Once the Bursar's Office confirms that you have cleared your financial suspension, you must then complete the reinstatement process. Details of Walden University's reinstatement process can be found at *http://catalog.waldenu.edu/content.php?catoid=72&navoid=13416* Once you have made payment in full with the Bursar's Office, they will inform the Registrar's Office that your financial suspension has been cleared. If the Registrar's Office receives this confirmation prior to **November 23, 2014**, you may be registered for Winter ! 2014 quarter courses.


All inquiries regarding this notification should be directed to the Bursar's Office
at collections@waldenu.edu or 1-877-302-5504.
If your payment has been made please disregard this notice.

Regards,


Office of the Registrar
Walden University
650 S. Exeter Street
Baltimore, MD 21202



Ex. I